JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE VIGGIANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, a New Jersey company; MCNEIL NUTRITIONALS, LLC, a Pennsylvania limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 14-7250-DMG (MRWx)<br><br>**ORDER REGARDING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [59]** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On the Joint Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that this action be, and is hereby, dismissed **WITH PREJUDICE with respect to Plaintiff Lorraine Viggiano's claims** and WITHOUT PREJUDICE as to the absent members of the putative classes. The parties are to bear their own costs and fees.

IT IS SO ORDERED.

DATED:  December 29, 2016              _____
                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE